## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEVERLY ANDERSON, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:10CV309 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CENTERPOINTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Transfer Trial and Case to Lincoln, Nebraska (Filing No. 15). The plaintiff does not oppose the motion. In determining the place of trial, "a judge considers the convenience of the litigants, witnesses and attorneys." NECivR 40.1(b)(1). After reviewing the materials submitted by the parties at this time, the court finds that, upon consideration of all factors pursuant to the local rules, the place of trial should be Lincoln, Nebraska. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion to Transfer Trial and Case to Lincoln, Nebraska (Filing No. 15) is granted.

2. The Clerk of Court shall present this case to the Chief Judge, in accordance with NEGenR 1.4(a)(2) and (3), for reassignment to one of the participating judges from the docket for which this case would be assigned on a random basis if it had originally been filed in Lincoln, Nebraska.

3. The Clerk of Court shall amend the docket in this matter to reflect the place of trial is Lincoln, Nebraska.

DATED this 9th day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge