IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEVERLY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV309 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CENTERPOINTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Consistent with the court's discussions with counsel during the telephonic conference held today,

IT IS ORDERED that a telephonic conference to re-address the issue of early settlement will be held before the undersigned magistrate judge on December 21, 2010 at 10:00 a.m. Counsel for the plaintiff shall place the call.

DATED this 19th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge